UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL GILMOUR,

        Plaintiff,

v.                                    Case No.  8:12-cv-1955-T-24 MAP

GMRI, INC. dba The Capital Grille,

        Defendant.

_____/

## ORDER

     This cause comes before the Court on Defendant's Motion to Stay Proceedings and Compel Arbitration or to Dismiss.  (Doc. No. 4).  Plaintiff does not oppose this motion.  (Doc. No. 5).

     Plaintiff filed suit against Defendant under the FLSA and Chapter 448 of the Florida Statutes regarding Defendant's alleged failure to pay him overtime.  In response, Defendant has moved to compel arbitration under the parties' Dispute Resolution Process agreement and to stay or dismiss this case.  Plaintiff does not oppose the requested relief.  Accordingly, it is

ORDERED AND ADJUDGED that:

    (1)     Defendant's Motion to Stay Proceedings and Compel Arbitration or to Dismiss (Doc. No. 4) is **GRANTED TO THE EXTENT THAT** the parties are directed to arbitrate their dispute in accordance with the Dispute Resolution Process agreement.

    (2)    This case is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, this 13th day of September, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record